# DAVID K. BERTAN
ATTORNEY AT LAW
888 GRAND CONCOURSE, SUITE 1N
BRONX, NEW YORK 10451

(718) 742-1688
FAX (718) 585-8640
E-MAIL: DBERTAN@YAHOO.COM

May 3, 2021

*Via ECF*

Hon. Loretta A. Preska, United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

    Re: USA v. Jonathan Golden
       USA v. Herrera, et. al. Docket No. 16-Cr-64 (LAP)

Dear Judge Preska:

  On September 23, 2016, this Court authorized me to retain Ms. Elba Perez, a mitigation specialist, in order to assist me with the preparation of my pre-sentence memorandum. Pursuant to my request (see attached), this Court authorized 50 hours at an hourly rate of $75 per hour. Ms. Perez completed 52.2 hours of work on behalf of Mr. Golden. Unfortunately, when Ms. Perez submitted her voucher, the eVoucher system only allowed her to bill for $65/hour instead of $75/hour. As a result, I am requesting that this court authorize Ms. Perez to submit an additional voucher for $522, representing the balance due for the time she spent working on behalf of Mr. Golden.

              Very truly yours,
              -S-
              David K. Bertan

DKB

SO ORDERED
*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

5/4/21