UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>-against-<br><br>JONATHAN GOLDEN,<br><br>                    Defendants. | No. 06 CR 0064 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

   The parties shall appear for a telephonic status conference on Tuesday March 29, 2022, at 9:00 a.m., using the following information:  Dial-in (877) 402-9753; Access Code 6546179.

   If possible, defense counsel shall discuss the attached Consent to Proceed with the Defendant prior to the proceeding. If the Defendant consents, and is able to sign the form (either personally or, in accordance with Standing Order 20-MC-174 of March 27, 2020, by defense counsel), defense counsel shall file the executed form at least 24 hours prior to the proceeding.

**SO ORDERED.**

Dated:   March 21, 2022
         New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

1

March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

UNITED STATES OF AMERICA,

         -v-

               ,   Defendant(s).
----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

_____-CR-_____(___) (___)

Defendant _____ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___    Initial Appearance/Appointment of Counsel

___    Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___    Preliminary Hearing on Felony Complaint

___    Bail/Revocation/Detention Hearing

___    Status and/or Scheduling Conference

___    Misdemeanor Plea/Trial/Sentence


_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_____
Defense Counsel's Signature

_____
Print Defendant's Name

_____
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge